Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Karen Mundy, individually and as personal representative of the Estate of Jean K. Brown,<br><br>Plaintiff,<br><br>v.<br><br>Pfizer, Inc.,<br><br>Defendant. | Index No. 06cv6174<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, KAREN MUNDY, individually and as personal representative of the Estate of JEAN K. BROWN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009, 2009    By: _____
                                Christopher A. Seeger, Esquire
                                Seeger Weiss LLP
                                One William Street
                                New York, NY 10004
                                (212) 584-0700

                                *Attorneys for Plaintiff*

Dated: August 6, 2009    By: _____

                                DLA Piper US LLP
                                1251 Avenue of the Americas
                                New York, NY 10020
                                (212) 335-4500

                                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 8/11/09 , 2009

_____
Hon. Charles R. Breyer
United States District

**GRANTED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA